# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE: Ian Patrick Neail aka Jessy Lee Miller**
      **Elizabeth Laura Neail**
                           **Debtor(s)**

**BK NO. 26-00384**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

             Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
09 Mar 2026, 19:17:26, EDT


      KML Law Group, P.C.
      BNY Mellon Independence Center
      701 Market Street, Suite 5000
      Philadelphia, PA  19106
      215-627-1322