| | | |
|---|---|---|
| IN RE: | : | |
| IAN PATRICK NEAIL, | : | |
| ELIZABETH LAURA NEAIL, | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | CASE NO.  1:26-BK-00384-HWV |
| Movant | : | |
| | : | |
| IAN PATRICK NEAIL, | : | |
| ELIZABETH LAURA NEAIL, | | |
| Respondent | | |

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 9th day of April 2026 comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.      Debtor(s)' Plan violates 11 U.S.C. § 1322(a)(1) and § 1325(b) in that Debtor(s) has not submitted all or such portion of the disposable income to Trustee as required. More specifically,

Trustee alleges, and therefore avers, that Debtor(s)' disposable income is greater than that of which is committed to the Plan based upon the Means Test calculation and specifically disputes the following amounts:

   a. Line 33 (d) Motorcycle is a luxury item.
   b. Line 16 taxes are overstated.
   c. Line 17 deductions are overstated
   d. Line 46 adjustment is overstated and not appropriate.

2.      Failure to properly state the minimum amount to be paid to unsecured creditors in Section 1.A.4. of the Plan, as required by the Means Test.

3.   Trustee avers that Debtor(s)' Plan cannot be administered due to the lack of the following:

   a. Debtor(s) has not provided to Trustee pay stubs for the month(s) of August 2025 through January 2026 for both debtors.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

a.  Deny confirmation of Debtor(s)' Plan.
b.  Dismiss or convert Debtor(s)' case.
c.  Provide such other relief as is equitable and just

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

2

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 9th day of April 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


KARA K GENDRON
MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG, PA 17101-



/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee