United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Ian Patrick Neail

Elizabeth Laura Neail

    Debtors

Case No. 26-00384-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 4

Date Rcvd: Apr 10, 2026          Form ID: ntcnfhrg          Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Ian Patrick Neail, Elizabeth Laura Neail, 4 Briar Ct, Dillsburg, PA 17019-1386 |
| 5780134 | | KLARNA, 628 N HIGH STREET, 3RD FL, Columbus, OH 43215 |
| 5780141 | + | SYNCB/ONEPAY WALMART D, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5780150 | | Veterans Administration, Bishop Henry Whipple, Federal Building Fort Snelling, Saint Paul, MN 55111 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5780111 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, IL 55438-0901 |
| 5780112 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | ASPIRE CREDIT CARD, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5780110 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 10 2026 18:48:15 | Affirm HQ, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5786318 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 18:48:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5780469 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 18:48:10 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5781341 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 18:48:15 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5780113 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 18:48:10 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5780114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 18:48:10 | CAPITALONE, CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5780115 | + | Email/Text: BKPT@cfna.com | Apr 10 2026 18:39:00 | CFNA, ATTN: BANKRUPTCY, BK11CUSTOMER SERVICE PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5780116 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 19:11:09 | CITIBANK, ATTN: BANKRUPTCY DEPARTMENT, P.O.BOX 790046, ST. LOUIS, MO 63179-0046 |
| 5780117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 18:48:07 | CITIBANK, N.A./CBNA, ATTN: BANKRUP, P.O. BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5780118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 18:48:15 | CITIBANK/BEST BUY, CITICORP CR SRVSCENTRALIZED BANKRUPTCY, PO |

| | | | | |
|---|---|---|---|---|
| | | | | BOX 790046, ST LOUIS, MO 63179-0046 |
| 5780119 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 10 2026 18:39:00 | CITIZENS ONE, ATTN; BANKRUPTCY, ONE CITIZENS PLAZA, PROVIDENCE, RI 02903 |
| 5787662 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 10 2026 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5780121 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 18:39:00 | COMENITY BANK/TORRID, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5780122 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 18:39:00 | COMENITY CAPITAL/GAMESTOP, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5780123 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 18:39:00 | COMENITY/MPRC, ATTN: BANKRUTPCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5780124 | + | Email/Text: bnc-breadpay@quantum3group.com | Apr 10 2026 18:39:00 | COMENITYCAPITAL/BRDPYI, PO BOX 182508, COLUMBUS, OH 43218-2508 |
| 5780125 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 10 2026 18:39:00 | COMENITYCAPITAL/HPCRDT, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 5780126 | ^ | MEBN | Apr 10 2026 18:38:19 | CORNERSTONE, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243 |
| 5780127 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 10 2026 18:48:11 | CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273 |
| 5780120 | + | Email/Text: distBankruptcyNotice@ClearBalance.org | Apr 10 2026 18:39:00 | Clear Balance, Billing & Correspondence, PO Box 927830, San Diego, CA 92192-7830 |
| 5780128 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5780130 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 10 2026 18:48:11 | FST PREMIER, ATTN: BANKRUPTCY, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824 |
| 5780129 | + | Email/Text: administrative@foundationfinance.com | Apr 10 2026 18:39:00 | Foundation Finance Company, LLC, Headquarters Att President, PO Box 437, Schofield, WI 54476-0437 |
| 5794325 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2026 18:39:00 | Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999 |
| 5780131 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401 |
| 5780132 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 10 2026 18:39:00 | GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379 |
| 5780133 | + | Email/Text: bankruptcy.notices@hdfsi.com | Apr 10 2026 18:39:00 | HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048 |
| 5789220 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Apr 10 2026 18:39:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 5787029 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 10 2026 18:39:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5780135 | + | Email/Text: Documentfiling@lciinc.com | Apr 10 2026 18:39:00 | LENDING CLUB, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-5839 |
| 5791479 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 18:48:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5785132 | + | Email/PDF: cbp@omf.com | | |

|  |  |  | Apr 10 2026 18:48:10 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
|---|---|---|---|---|
| 5780136 | + | Email/PDF: ebnotices@pnmac.com | Apr 10 2026 18:48:07 | PENNYMAC LOAN SERVICES, LLC, ATTN: BANKR, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5792020 | + | Email/PDF: ebnotices@pnmac.com | Apr 10 2026 18:48:07 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5794330 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 18:48:07 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5780137 | | Email/Text: banko@preferredcredit.com | Apr 10 2026 18:39:00 | PREFERRED CREDIT INC, 628 ROOSEVELT, ST CLOUD, MN 56301 |
| 5789183 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2026 18:39:00 | Quantum3 Group LLC as agent for, Bread Pay, PO Box 788, Kirkland, WA 98083-0788 |
| 5787385 | | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2026 18:39:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5780138 | + | Email/Text: servicing@svcfin.com | Apr 10 2026 18:39:00 | SERVICE FINANCE COMPANY, ATTN: BANKRUPTCY, 555 SOUTH FEDERAL HIGHWAY, BOCA RATON, FL 33432-6033 |
| 5780139 | + | Email/PDF: cbp@omf.com | Apr 10 2026 18:48:15 | SPRINGLF FIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5780140 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:06 | SYNCB/OLD NAVY, ATTN: BANKRUPTCY, PO BOX 96506, ORLANDO, FL 32896-0001 |
| 5780142 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:06 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5780143 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:06 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, P.O. BOX 965065, ORLANDO, FL 32896-5065 |
| 5780144 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:14 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5780145 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:10 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 5793922 | | Email/Text: bankruptcy@bbandt.com | Apr 10 2026 18:39:00 | Service Finance Company, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 5780146 | + | Email/Text: bncmail@w-legal.com | Apr 10 2026 18:39:00 | TARGET NB, CO FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5780147 | | Email/Text: bknotice@upgrade.com | Apr 10 2026 18:39:00 | UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5780148 | + | Email/Text: BNCnotices@dcmservices.com | Apr 10 2026 18:39:00 | UPMC HEALTH SERVICES BK NOTICES, PO BOX 1123, Minneapolis, MN 55440-1123 |
| 5780149 | + | Email/Text: UpStart@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5785218 | + | Email/Text: peritus@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5794383 | | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2026 18:48:11 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5786374 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 10 2026 18:39:00 | Verizon Bankruptcy Dept, 500 Technology Dr, Ste 550, Saint Charles MO 63304-2225 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5780470 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Elizabeth Laura Neail DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Ian Patrick Neail DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ian Patrick Neail kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Elizabeth Laura Neail kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ian Patrick Neail,
fka Jessy Lee Miller,

   **Debtor 1**

Elizabeth Laura Neail,

   **Debtor 2**

Chapter  13

Case No.  1:26−bk−00384−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**May 13, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: May 20, 2026<br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 10, 2026 |

ntcnfhrg (08/21)