United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Ian Patrick Neail

Elizabeth Laura Neail

    Debtors

Case No. 26-00384-HWV

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 4

Date Rcvd: Apr 10, 2026          Form ID: pdf002          Total Noticed: 59

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Ian Patrick Neail, Elizabeth Laura Neail, 4 Briar Ct, Dillsburg, PA 17019-1386 |
| 5780134 | | KLARNA, 628 N HIGH STREET, 3RD FL, Columbus, OH 43215 |
| 5780141 | + | SYNCB/ONEPAY WALMART D, PO BOX 71727, PHILADELPHIA, PA 19176-1727 |
| 5780150 | | Veterans Administration, Bishop Henry Whipple, Federal Building Fort Snelling, Saint Paul, MN 55111 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| 5780111 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, PO BOX 380901, BLOOMINGTON, IL 55438-0901 |
| 5780112 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | ASPIRE CREDIT CARD, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555 |
| 5780110 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 10 2026 18:48:15 | Affirm HQ, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5786318 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 18:48:11 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5780469 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 18:48:10 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5781341 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 18:48:10 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5780113 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 18:48:14 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5780114 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 18:48:06 | CAPITALONE, CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5780115 | + | Email/Text: BKPT@cfna.com | Apr 10 2026 18:39:00 | CFNA, ATTN: BANKRUPTCY, BK11CUSTOMER SERVICE PO BOX 81315, CLEVELAND, OH 44181-0315 |
| 5780116 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 18:48:11 | CITIBANK, ATTN: BANKRUPTCY DEPARTMENT, P.O.BOX 790046, ST. LOUIS, MO 63179-0046 |
| 5780117 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 19:11:07 | CITIBANK, N.A./CBNA, ATTN: BANKRUP, P.O. BOX 6500, SIOUX FALLS, SD 57117-6500 |
| 5780118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 18:48:11 | CITIBANK/BEST BUY, CITICORP CR SRVSCENTRALIZED BANKRUPTCY, PO |

BOX 790046, ST LOUIS, MO 63179-0046

5780119        Email/Text: Bankruptcy.RI@Citizensbank.com
Apr 10 2026 18:39:00    CITIZENS ONE, ATTN; BANKRUPTCY, ONE CITIZENS PLAZA, PROVIDENCE, RI 02903

5787662        Email/Text: Bankruptcy.RI@Citizensbank.com
Apr 10 2026 18:39:00    Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115

5780121    + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
Apr 10 2026 18:39:00    COMENITY BANK/TORRID, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125

5780122    + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
Apr 10 2026 18:39:00    COMENITY CAPITAL/GAMESTOP, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125

5780123    + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
Apr 10 2026 18:39:00    COMENITY/MPRC, ATTN: BANKRUTPCY, PO BOX 182125, COLUMBUS, OH 43218-2125

5780124    + Email/Text: bnc-breadpay@quantum3group.com
Apr 10 2026 18:39:00    COMENITYCAPITAL/BRDPYI, PO BOX 182508, COLUMBUS, OH 43218-2508

5780125    + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM
Apr 10 2026 18:39:00    COMENITYCAPITAL/HPCRDT, PO BOX 182120, COLUMBUS, OH 43218-2120

5780126    ^ MEBN
Apr 10 2026 18:38:19    CORNERSTONE, MOHELA, ATTN: BANKRUPTCY, 633 SPIRIT DRIVE, CHESTERFIELD, MO 63005-1243

5780127    + Email/PDF: creditonebknotifications@resurgent.com
Apr 10 2026 18:48:11    CREDIT ONE BANK, ATTN: BANKRUPTCY DEPARTMENT, 6801 CIMARRON RD, LAS VEGAS, NV 89113-2273

5780120    + Email/Text: distBankruptcyNotice@ClearBalance.org
Apr 10 2026 18:39:00    Clear Balance, Billing & Correspondence, PO Box 927830, San Diego, CA 92192-7830

5780128    + Email/Text: Atlanticus@ebn.phinsolutions.com
Apr 10 2026 18:39:00    FORTIVA, ATTN: BANKRUPTCY, PO BOX 105555, ATLANTA, GA 30348-5555

5780130    + Email/PDF: ais.fpc.ebn@aisinfo.com
Apr 10 2026 18:48:15    FST PREMIER, ATTN: BANKRUPTCY, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4824

5780129    + Email/Text: administrative@foundationfinance.com
Apr 10 2026 18:39:00    Foundation Finance Company, LLC, Headquarters Att President, PO Box 437, Schofield, WI 54476-0437

5794325    + Email/Text: JCAP_BNC_Notices@jcap.com
Apr 10 2026 18:39:00    Foundation Finance Company, LLC, Jefferson Capital Systems, LLC Assignee, PO BOX 7999, SAINT CLOUD, MN 56302-7999

5780131    + Email/Text: GenesisFS@ebn.phinsolutions.com
Apr 10 2026 18:39:00    GENESIS FS CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 4477, BEAVERTON, OR 97076-4401

5780132    + Email/Text: GSBankElectronicBankruptcyNotice@gs.com
Apr 10 2026 18:39:00    GOLDMAN SACHS BANK USA, ATTN: BANKRUPTCY, PO BOX 70379, PHILADELPHIA, PA 19176-0379

5780133    + Email/Text: bankruptcy.notices@hdfsi.com
Apr 10 2026 18:39:00    HARLEY DAVIDSON FINANCIAL, ATTN: BANKRUPTCY, PO BOX 22048, CARSON CITY, NV 89721-2048

5789220    + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com
Apr 10 2026 18:39:00    Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013

5787029        Email/Text: JCAP_BNC_Notices@jcap.com
Apr 10 2026 18:39:00    Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617

5780135    + Email/Text: Documentfiling@lciinc.com
Apr 10 2026 18:39:00    LENDING CLUB, ATTN: BANKRUPTCY, 595 MARKET STREET, SUITE 200, SAN FRANCISCO, CA 94105-5839

5791479        Email/PDF: resurgentbknotifications@resurgent.com
Apr 10 2026 18:48:07    LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587

5785132    + Email/PDF: cbp@omf.com

| | | | |
|---|---|---|---|
| | | Apr 10 2026 18:48:15 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5780136 | + Email/PDF: ebnotices@pnmac.com | Apr 10 2026 19:00:47 | PENNYMAC LOAN SERVICES, LLC, ATTN: BANKR, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5792020 | + Email/PDF: ebnotices@pnmac.com | Apr 10 2026 18:48:11 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5794330 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 10 2026 18:48:11 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5780137 | Email/Text: banko@preferredcredit.com | Apr 10 2026 18:39:00 | PREFERRED CREDIT INC, 628 ROOSEVELT, ST CLOUD, MN 56301 |
| 5789183 | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2026 18:39:00 | Quantum3 Group LLC as agent for, Bread Pay, PO Box 788, Kirkland, WA 98083-0788 |
| 5787385 | Email/Text: bnc-quantum@quantum3group.com | Apr 10 2026 18:39:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5780138 | + Email/Text: servicing@svcfin.com | Apr 10 2026 18:39:00 | SERVICE FINANCE COMPANY, ATTN: BANKRUPTCY, 555 SOUTH FEDERAL HIGHWAY, BOCA RATON, FL 33432-6033 |
| 5780139 | + Email/PDF: cbp@omf.com | Apr 10 2026 18:48:10 | SPRINGLF FIN, PO BOX 1010, EVANSVILLE, IN 47706-1010 |
| 5780140 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:10 | SYNCB/OLD NAVY, ATTN: BANKRUPTCY, PO BOX 96506, ORLANDO, FL 32896-0001 |
| 5780142 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:10 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5780143 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:06 | SYNCHRONY BANK/GAP, ATTN: BANKRUPTCY DEPT, P.O. BOX 965065, ORLANDO, FL 32896-5065 |
| 5780144 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:06 | SYNCHRONY BANK/LOWES, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 5780145 | + Email/PDF: ais.sync.ebn@aisinfo.com | Apr 10 2026 18:48:14 | SYNCHRONY/PAYPAL CREDIT, ATTN: BANKRUPTCY, PO BOX 965064, ORLANDO, FL 32896-5064 |
| 5793922 | Email/Text: bankruptcy@bbandt.com | Apr 10 2026 18:39:00 | Service Finance Company, a division of Truist Bank, PO Box 1847/100-50-01-51, Wilson, NC 27894-1847 |
| 5780146 | + Email/Text: bncmail@w-legal.com | Apr 10 2026 18:39:00 | TARGET NB, CO FINANCIAL & RETAIL SERVICES, MAILSTOP BT PO BOX 9475, MINNEAPOLIS, MN 55440-9475 |
| 5780147 | Email/Text: bknotice@upgrade.com | Apr 10 2026 18:39:00 | UPGRADE, INC., ATTN: BANKRUPTCY, 275 BATTERY STREET 23RD FLOOR, SAN FRANCISCO, CA 94111 |
| 5780148 | + Email/Text: BNCnotices@dcmservices.com | Apr 10 2026 18:39:00 | UPMC HEALTH SERVICES BK NOTICES, PO BOX 1123, Minneapolis, MN 55440-1123 |
| 5780149 | + Email/Text: UpStart@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | UPSTART FINANCE, ATTN: BANKRUPTCY, PO BOX 1503, SAN CARLOS, CA 94070-7503 |
| 5785218 | + Email/Text: peritus@ebn.phinsolutions.com | Apr 10 2026 18:39:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5794383 | Email/PDF: ebn_ais@aisinfo.com | Apr 10 2026 18:48:06 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5786374 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Apr 10 2026 18:39:00 | Verizon Bankruptcy Dept, 500 Technology Dr, Ste 550, Saint Charles MO 63304-2225 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5780470 | *+ | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2026           Signature:           /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Elizabeth Laura Neail DorieMott@aol.com<br>karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Ian Patrick Neail DorieMott@aol.com<br>karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Ian Patrick Neail<br>kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Kara Katherine Gendron | on behalf of Debtor 2 Elizabeth Laura Neail<br>kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:
**Ian Patrick Neail**
**Elizabeth Laura Neail**

CHAPTER 13
CASE NO.   1:26-bk-00384

☑ ORIGINAL PLAN
____ AMENDED PLAN (Indicate #)
☐ Number of Motions to Avoid Liens
☐ Number of Motions to Value Collateral

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

1   The plan contains nonstandard provisions, set out in § 9, which are not included   ☐ Included   ☑ Not Included
in the standard plan as approved by the U.S. Bankruptcy Court for the Middle
District of Pennsylvania.
2   The plan contains a limit on the amount of a secured claim, set out in § 2.E,   ☐ Included   ☑ Not Included
which may result in a partial payment or no payment at all to the secured
creditor.
3   The plan avoids a judicial lien or nonpossessory, nonpurchase-money security   ☐ Included   ☑ Not Included
interest, set out in § 2.G.

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1.      PLAN FUNDING AND LENGTH OF PLAN.**

   **A.      Plan Payments From Future Income**

   1. To date, the Debtor paid $___ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $88,2020.00, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 3/2026 | 02/2031 | $1,467.00 | | | $88,020.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $88,020.00 |

   2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. *Check One:*

☐ Debtor is at or under median income.
*If this is checked, the rest of § 1.A.4 need not be completed or reproduced.*

☑ Debtor is over median income. Debtor estimates that a minimum of $88,020.00 must be paid to allowed unsecured creditors in order to comply with the Means Test.

**B.** **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $**0.00**. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines:*

☑ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

_____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

_____

**2.** **SECURED CLAIMS.**

**A.** **Pre-Confirmation Distributions.** *Check One:*

☑ None.
*If this is checked, the rest of § 2.A need not be completed or reproduced.*

**B.** **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check One*:

☐ None.
*If this is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| ALLY FINANCIAL, INC | 2024 Ford Bronco Sport 10000 miles red | 2119 |
| ALLY FINANCIAL, INC | 2025 Volkswagen Jetta GLI 72000 miles gray | 2161 |
| HARLEY DAVIDSON FINANCIAL | 2022 Harley Davidson Road King green 4,131 miles | 9471 |
| PENNYMAC LOAN SERVICES, LLC | 4 Briar Court Dillsburg, PA 17019  York County Purchase price 11/24 $345,000.  Zillow:  $364,500 | 5867 |

2

**C.** **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check One:*

☐ None.
   *If this is checked, the rest of § 2.C need not be completed or reproduced.*

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Postpetition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Ally Financial, Inc. | 2024 Ford Bronco Sport | Per allowed proof of claim; $0 anticipated | | Per allowed proof of claim |
| Ally Financial, Inc. | 2025 Volkswagen Jetta | Per allowed proof of claim; $0 anticipated | | Per allowed proof of claim |
| Harley Davidson Financial | 2022 Harley Davidson Road King | Per allowed proof of claim; $0 anticipated | | Per allowed proof of claim |
| Pennymac Loan Services, LLC | 4 Briar Court, Dillsburg, PA | Per allowed proof of claim; $0 anticipated | | Per allowed proof of claim |

**D.** **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**
☑ None.
   *If this is checked, the rest of § 2.D need not be completed or reproduced.*

**E.** **Secured claims for which a § 506 valuation is applicable.** *Check One:*
☑ None.
   *If this is checked, the rest of § 2.E need not be completed or reproduced.*

**F.** **Surrender of Collateral.** *Check One:*

☑ None.
   *If this is checked, the rest of § 2.F need not be completed or reproduced.*

**G.** **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check One:*

☑ None.
   *If this is checked, the rest of § 2.G need not be completed or reproduced.*

**3.** **PRIORITY CLAIMS.**

**A.** **Administrative Claims**

1. <u>Trustee's Fees.</u> Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. <u>Attorney's fees.</u> Complete only one of the following options:

   a. In addition to the retainer of $_____ already paid by the Debtor, the amount of $5,000.00 in the plan.

3

This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $**0.00**. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

3. <u>Other</u>. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one:*

☑ None.
*If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B.** **Priority Claims (including, certain Domestic Support Obligations)**

☑ None.
*If this is checked, the rest of § 3.B need not be completed or reproduced.*

**C.** **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B)**. *Check one:*

☑ None.
*If this is checked, the rest of § 3.C need not be completed or reproduced.*

**4.** **UNSECURED CLAIMS**

**A.** **Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one:*

☑ None.
*If this is checked, the rest of § 4.A need not be completed or reproduced.*

**B.** **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

☑ None.
*If this is checked, the rest of § 5 need not be completed or reproduced.*

**6.** **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☐ plan confirmation.
☐ entry of discharge.
☑ closing of case.

**7.** **DISCHARGE:** *(Check one)*

☑ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

4

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

**8.     ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:

Level 1:     _____
Level 2:     _____
Level 3:     _____
Level 4:     _____
Level 5:     _____
Level 6:     _____
Level 7:     _____
Level 8:     _____

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1:     Adequate protection payments.
Level 2:     Debtor's attorney's fees.
Level 3:     Domestic Support Obligations.
Level 4:     Priority claims, pro rata.
Level 5:     Secured claims, pro rata.
Level 6:     Specially classified unsecured claims.
Level 7:     Timely filed general unsecured claims.
Level 8:     Untimely filed general unsecured claims to which the Debtor has not objected.

**9.     NONSTANDARD PLAN PROVISIONS**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

Dated:     2/22/26

/s/ Kara K. Gendron
**Kara K. Gendron 87577**
Attorney for Debtor

/s/ Ian Patrick Neail
**Ian Patrick Neail**
Debtor

/s/ Elizabeth Laura Neail
**Elizabeth Laura Neail**
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

5

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com