United States Bankruptcy Court

Middle District of Pennsylvania

In re:

Ian Patrick Neail

Elizabeth Laura Neail
    Debtors

Case No. 26-00384-HWV

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 01, 2026 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5794960 | + Email/Text: Documentfiling@lciinc.com | Jul 01 2026 18:50:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026              Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Elizabeth Laura Neail DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Ian Patrick Neail DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Kara Katherine Gendron | |

on behalf of Debtor 1 Ian Patrick Neail
kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendr
on@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Kara Katherine Gendron

on behalf of Debtor 2 Elizabeth Laura Neail
kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendr
on@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com

Matthew K. Fissel

on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:26-bk-00384-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Ian Patrick Neail
4 Briar Ct
Dillsburg PA 17019

Elizabeth Laura Neail
4 Briar Ct
Dillsburg PA 17019

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/30/2026.

Name and Address of Alleged Transferor(s):

Claim No. 37: LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/03/26

Seth F. Eisenberg
**CLERK OF THE COURT**